| | |
|---|---|
| 1 | PHILLIP A. TALBERT |
| | Acting United States Attorney |
| 2 | PHILIP N. TANKOVICH |
| | Special Assistant U.S. Attorney |
| 3 | 2500 Tulare Street, Suite 4401 |
| | Fresno, California 93721 |
| 4 | Telephone: (559) 497-4000 |
| 5 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 5:20-po-00204-JLT |
| Plaintiff, | |
| v. | MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL WITHOUT PREJUDICE |
| CODY B. MITCHELL, | |
| Defendant. | |

The United States of America, by and through McGregor W. Scott, United States Attorney, and Philip N. Tankovich, Special Assistant United States Attorney, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, moves to dismiss this case in the interest of justice without prejudice and vacate the status conference set for June 1, 2021 at 10:00am.

DATED: May 27, 2020

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

By: /s/ Philip N. Tankovich
PHILIP N. TANKOVICH
Special Assistant U.S. Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED that this case is dismissed in the interest of justice without prejudice and the status conference set for June 1, 2021 at 10:00 am is vacated.

IT IS SO ORDERED.

Dated:  **May 27, 2021**                    **/s/ Jennifer L. Thurston**
                                          CHIEF UNITED STATES MAGISTRATE JUDGE